UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CONNIE FRANCES WHIGUM,

    Plaintiff,

v.                                   Case No. 3:25cv476-TKW-ZCB

PAM BONDI, et al.,

    Defendants.
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12) and Plaintiff's corrected objection (Docs. 17, 18). Upon due consideration of the objection and its attachments, the Court agrees with the magistrate judge's determination that this case should be dismissed because it is patently frivolous. Indeed, like the complaint and nearly everything else filed by Plaintiff in this case (e.g., Docs. 13 through 16), the objection and its attachments confirm—rather than refute—the frivolous nature of this case because they are largely comprised of incomprehensible gibberish.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is DISMISSED as frivolous.

1

3.  The Clerk shall enter judgment in accordance with this Order and close the case file.

4.  No further filings are authorized in this case.

**DONE AND ORDERED** this 5th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**